| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 4XV | 011700 | CS1239 | | 0000140651 | 1 |

# Earnings Statement

**ADP**

BUSINESSOLVER.COM, INC.
1025 ASHWORTH ROAD, SUITE 101
WEST DES MOINES, IA 50265

Period Beginning: 03/01/2020
Period Ending: 03/21/2020
Pay Date: 04/01/2020

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   IA: 1

LEIGH POWERS
677 33RD ST
DES MOINES IA 50312

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 120.00 | 3,120.00 | 13,920.92 |
| Overtime | 39.0000 | 1.38 | 53.82 | 216.06 |
| Fringe | | | | 105.87 |
| Holiday | | | | 416.00 |
| Straight Overti | | | | 31.20 |
| Vacation | | | | 1,456.00 |
| **Gross Pay** | | | **$3,173.82** | 16,146.05 |

Your federal taxable wages this period are $3,053.59

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Annual Salary | 54,082.08 | |
| Group Term Life | 2.31 | 16.17 |
| Hsa Employer | 20.83 | 145.81 |

**Important Notes**
COMPANY PHONE IS : (515) 343-2191

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -422.14 | 1,719.41 |
| | Social Security Tax | -189.33 | 948.88 |
| | Medicare Tax | -44.27 | 221.91 |
| | IA State Income Tax | -144.57 | 668.29 |
| | **Other** | | |
| | Dental | -3.50* | 24.50 |
| | Fitnessolver | -6.00 | 42.00 |
| | HSA - SINGLE | -83.33* | 583.31 |
| | Medical | -32.73* | 229.11 |
| | Vision | -2.98* | 20.86 |
| | Fringe | | 105.87 |

| **Net Pay** | **$2,244.97** |
|---|---|
| Checking 1 | -800.00 |
| Checking 2 | -1,444.97 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, LLC

BUSINESSOLVER.COM, INC.
1025 ASHWORTH ROAD, SUITE 101
WEST DES MOINES, IA 50265

Advice number: 00000140651
Pay date: 04/01/2020

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| LEIGH POWERS | xxxxxxxx3526 | xxxx xxxx | $800.00 |
| | xxxxxxx2859 | xxxx xxxx | $1,444.97 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 4XV | 011700 | CS1239 | | 0000160385 | 1 |

BUSINESSOLVER.COM, INC.
1025 ASHWORTH ROAD, SUITE 101
WEST DES MOINES, IA 50265

# Earnings Statement  ADP

Period Beginning: 03/22/2020
Period Ending: 04/04/2020
Pay Date: 04/15/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  IA: 1

LEIGH POWERS
677 33RD ST
DES MOINES IA 50312

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 79.83 | 2,075.58 | 15,996.50 |
| Overtime | 39.0000 | 1.37 | 53.43 | 269.49 |
| Fringe | | | | 105.87 |
| Holiday | | | | 416.00 |
| Straight Overti | | | | 31.20 |
| Vacation | | | | 1,456.00 |
| **Gross Pay** | | | **$2,129.01** | 18,275.06 |

Your federal taxable wages this period are $2,008.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annual Salary | 54,082.08 | |
| Group Term Life | 2.31 | 18.48 |
| Hsa Employer | 20.83 | 166.64 |

### Important Notes
COMPANY PHONE IS : (515) 343-2191

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -192.33 | 1,911.74 |
| | Social Security Tax | -124.54 | 1,073.42 |
| | Medicare Tax | -29.13 | 251.04 |
| | IA State Income Tax | -85.24 | 753.53 |
| | Other | | |
| | Dental | -3.50* | 28.00 |
| | Fitnessolver | -6.00 | 48.00 |
| | HSA - SINGLE | -83.33* | 666.64 |
| | Medical | -32.73* | 261.84 |
| | Vision | -2.98* | 23.84 |
| | Fringe | | 105.87 |
| **Net Pay** | | **$1,569.23** | |
| Checking 2 | | -1,569.23 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

BUSINESSOLVER.COM, INC.
1025 ASHWORTH ROAD, SUITE 101
WEST DES MOINES, IA 50265

Advice number: 00000160385
Pay date: 04/15/2020

Deposited to the account of
LEIGH POWERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx2859 | xxxx xxxx | $1,569.23 |


THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 4XV | 011700 | CS1239 | | 0000180419 | 1 |

BUSINESSOLVER.COM, INC.
1025 ASHWORTH ROAD, SUITE 101
WEST DES MOINES, IA 50265

# Earnings Statement 

Period Beginning: 04/05/2020
Period Ending: 04/18/2020
Pay Date: 05/01/2020

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 1
　IA: 1

**LEIGH POWERS**
**677 33RD ST**
**DES MOINES IA 50312**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 75.63 | 1,966.38 | 17,962.88 |
| Overtime | 39.0000 | .05 | 1.95 | 271.44 |
| Floating Hol | 26.0000 | 4.00 | 104.00 | 104.00 |
| Fringe | | | | 105.87 |
| Holiday | | | | 416.00 |
| Straight Overti | | | | 31.20 |
| Vacation | | | | 1,456.00 |
| **Gross Pay** | | | **$2,072.33** | 20,347.39 |

Your federal taxable wages this period are $1,952.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Annual Salary | 54,082.08 | |
| Group Term Life | 2.31 | 20.79 |
| Hsa Employer | 20.83 | 187.47 |

**Important Notes**
COMPANY PHONE IS : (515) 343-2191

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -185.52 | 2,097.26 |
| | Social Security Tax | -121.03 | 1,194.45 |
| | Medicare Tax | -28.31 | 279.35 |
| | IA State Income Tax | -82.13 | 835.66 |
| | **Other** | | |
| | Dental | -3.50* | 31.50 |
| | Fitnessolver | -6.00 | 54.00 |
| | HSA - SINGLE | -83.33* | 749.97 |
| | Medical | -32.73* | 294.57 |
| | Vision | -2.98* | 26.82 |
| | Fringe | | 105.87 |
| **Net Pay** | | **$1,526.80** | |
| Checking 2 | | -1,526.80 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

BUSINESSOLVER.COM, INC.
1025 ASHWORTH ROAD, SUITE 101
WEST DES MOINES, IA 50265

Advice number: 00000180419
Pay date: 05/01/2020

Deposited to the account of
LEIGH POWERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx2859 | xxxx xxxx | $1,526.80 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE